FILED
June 9, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

THIRD COURT OF APPEALS AT AUSTIN
THIRD DISTRICT OF TEXAS

COURT OF APPEALS NUMBER: 03-14-00485
TRIAL COURT CASE NUMBER: 259,941-C

STYLE: JOHN REED JR. V. FARMERS INS. GROUP ET AL.



RECEIVED
JUN 09 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## APPELLANT MOTION FOR THE APPEAL COURT
## TO DETERMINE JURISDICTION

**TO THE HONORABLE JUDGES OF SAID COURT:**

Appellant request this court to determine whether the trial court had jurisdiction over the said cause of action and appellant would show the court his reason below for such request:

I

Appellant states that Rule 108 of the TRCP demand that when a district clerk serve an out of state defendant via certified mail, return requested receipt the return of service must bore the clerk's stamp and be verified. (see Kostechko V Mazaheri) With this being previously rule on as confirmed in the Dallas Court Of Appeals namely Strict Compliance it appears appellant have been deprived of obtaining a Default Judgement in his favor by the District Clerk.

Furthermore it appears that the trial court never had jurisdiction to enter a proper judgement in this cause of action, therefore appellant believe the trial court judgement should be void according to the strict compliance since the Citation was sent to Farmers Insurance Group in Oklahoma City, Oklahoma which is a out-of-state defendant. Also the Return fail to state the agent that signed the return was actually an agent at the time of signing the Return, which is required.

Appellant request this Honorable Court to make a determination of Jurisdiction involving the body of this motion.

Respectfully Submitted

John Reed Jr.
715 SO. 32nd Street
Temple, Texas 76501

Willis Martin Jr.
1318 SO> 2nd Street
Temple, Texas 76504

John Roach Jr.
715 So. 32nd St.
Temple, Tx. 76501

7015 0640 0001 4006 8673

UNITED STATES
POSTAL SERVICE

1000        78711

U.S. POSTAGE
PAID
TEMPLE, TX
76501
JUN 05, 15
AMOUNT
$6.74
00103917-15

Court of Appeals
Third Dist.
att. Jeffery Kyle
P.O. Box 12547
Austin, Tx. 78711-2547